IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONALD BRYANT,

    Plaintiff,

v.

CASE NO. CV411-066

LARRY CHISOLM, District
Attorney; TODD MARTIN, Public
Defender; CNT OFFICER TYLER;
and OFFICERS OF THE COURT,

    Defendants.

## O R D E R

Before the Court are Plaintiff's Motion for Extension of Time and Request for Return of Money (Doc. 12) and the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 13). The Court will first address Plaintiff's motion. However, a review of Plaintiff's objections indicates that his request for return of money has already been satisfied by the Court. (Doc. 13 at 1 ("Plaintiff wishes to thank the honorable court for releasing or returning his money so that he might continue in his quest for justice . . . .").) Therefore, this portion of Plaintiff's motion is **DISMISSED AS MOOT**. Another part of Plaintiff's motion seeks a fourteen day extension to file objections. This part of Plaintiff's motion is **GRANTED**, and the objections already on

record will be considered by the Court. All remaining parts of Plaintiff's motion are **DENIED**.

However, the Court finds Plaintiff's objections to be without merit. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the order of this Court. Accordingly, this case is **DISMISSED**, and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of June 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA